**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02794-CMA-KMT

THE UNITED STATES OF AMERICA,
For the benefit of:
WAGNER INTERIOR SUPPLY OF DENVER, INC.,

      Plaintiff,

v.

B & M PHIPPS, and
CONTINENTAL CASUALTY COMPANY,

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the parties'

Joint Motion for Dismissal With Prejudice (Doc. # 14), signed by the attorneys for the

parties, hereto it is

      ORDERED that all claims of the Plaintiff against Defendants B & M Phipps and

Continental Casualty company are hereby DISMISSED WITH PREJUDICE, each party

to pay its own attorneys' fees and costs.

      DATED:  March __28__, 2012

                                  BY THE COURT:

                                 _____
                                 CHRISTINE M. ARGUELLO
                                 United States District Court Judge